# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION
#### www.flmb.uscourts.gov

IN RE:                                              CASE NO. 3:14-bk-02097-JAF
                                                    CHAPTER 11

**TOWNCENTER CROSSINGS**
**RETAIL, LLC**

                              __Debtor__          /
_____

## BALLOT TABULATION REPORT

Ballot Deadline:              December 23, 2014

Confirmation Hearing:         January 6, 2015

Prepared by:                  William B. McDaniel, Attorney for the Debtor

| Creditor Classification | Ballot Number | Creditor Class Description | Class Preference |
|---|---|---|---|
| **1** | | **Administrative, Not Impaired** | **Accepts** |
| **2** | | **Unsecured, Not Impaired** | **Accepts** |
| | 3 | David Fox Cleaning $117.70 | Accepts |
| **3** | | **Secured, Impaired** | **Accepts** |
| | 2 | Clay County Tax Collector – Jimmy Weeks Claims 5-1, 6-1 & 7-1 - $103,178.07 | Accepts |
| **4** | | **Secured, Impaired** | **Accepts** |
| | 4 | StanCorp Mortgage Investors, LLC Claim 3-1 - $3,487,591.16 | Accepts |
| **5** | | **Secured, No Distribution** | **Accepts** |
| **6** | | **Equity Interest, Unimpaired** | **Accepts** |
| | | | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing, and all attachments and exhibits thereto, was sent on the 23rd day of December 2014 to the United States Trustee by electronic mail.

**LANSING ROY, P.A.**

**/s/ William B. McDaniel**
**Christopher R. DeMetros, Esquire**
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel, Esquire**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Lane, Suite 210
Jacksonville, FL  32207-2184
court@lansingroy.com
Telephone:  (904) 391-0030
Facsimile:  (904) 391-0031

FILED VIA MAIL
JACKSONVILLE, FLORIDA

DEC - 9 2014

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case No.        3:14-bk-02097-JAF

Debtor:         Towncenter Crossings Retail, LLC

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

**To have your vote count, you must complete and return this ballot.**

The undersigned, a class _____ creditor of the above-named debtor in the unpaid principal amount of $ *117.70* .

**(Check one box)** . [✓] **ACCEPTS**    [ ] **REJECTS**

the Plan of Reorganization of the debtor.

Dated: *11-5-2014*

Name of Creditor: *DAVID FOX CLEANING*

Creditor's Signature: *David B. Fox*

By: _____
        (If Appropriate)

As _____

        (Agent of Creditor)

Address   *6829 Gilda Court*
          *Keystone Heights Fl. 32656*

All ballots must be received on or before December 23, 2014.

*******************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

                        For Ballot Tabulation Only
            ***************************************

Ballot No. _____   Creditor Class _____

Claim No. _____   Claim $_____

Claim Amount per Schedule $_____

FILED VIA MAIL
JACKSONVILLE, FLORIDA

NOV 1 4 2014

Case No.     3:14-bk-02097-JAF

Debtor:     Towncenter Crossings Retail, LLC

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

**To have your vote count, you must complete and return this ballot.**

The undersigned, a class __3__ creditor of the above-named debtor in the unpaid principal

amount of **$103,178.07.    AMOUNT DUE AS OF NOVEMBER 26, 2014 - $94,095.75**

**(Check one box)        [X] ACCEPTS        [ ] REJECTS**

the Plan of Reorganization of the debtor.

Dated: **NOVEMBER 13, 2014**

        Name of Creditor:    Clay County Tax Collector

        Creditor's Signature: _____

        By:    **JIMMY WEEKS, TAX COLLECTOR**
            (If Appropriate)

As    _____

        (Agent of Creditor)

Address    **477 HOUSTON STREET**

        **GREEN COVE SPRINGS, FL   32043**

All ballots must be received on or before December 23, 2014.

*************************************************************************
Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan Street, Suite 3-350
Jacksonville, FL  32202

                        For Ballot Tabulation Only
              ******************************************

              Ballot No. _____  Creditor Class _____

              Claim No. _____  Claim $_____

              Claim Amount per Schedule $_____

FILED VIA MAIL
JACKSONVILLE, FLORIDA

DEC 19 2014

CLERK, U.S. F            CY COURT
MIDDLE                 . FLORIDA

Case No.      3:14-bk-02097-JAF

Debtor:       Towncenter Crossings Retail, LLC

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

**To have your vote count, you must complete and return this ballot.**

The undersigned, a class **4** creditor of the above-named debtor in the unpaid ~~principal~~ amount of

**$3,487,591.16.**

**(Check one box)**   ☑ **ACCEPTS**   ☐ **REJECTS**

the Plan of Reorganization of the debtor.

Dated: _December 9, 2014_

        Name of Creditor:   _StanCorp Mortgage Investors, LLC_

                By:   _[signature]_
                Amy Frazey

        As:   _AVP, Investment Administration_

                (Agent of Creditor)

Address   _19225 NW Tanasbourne Drive_

          _Hillsboro OR 97124_

All ballots must be received on or before December 23, 2014.

*************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

                            For Ballot Tabulation Only
                ***************************************

                Ballot No. _____   Creditor Class _____

                Claim No. _____   Claim $_____

                Claim Amount per Schedule $_____