

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/06/2015 03:00 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:14-bk-02097-JAF | 11 | 04/29/2014 |

Chapter 11

**DEBTOR:**          Towncenter Crossings Retail, LLC

**DEBTOR ATTY:**    William McDaniel

**TRUSTEE:**        NA

**HEARING:**

CONFIRMATION HEARING

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
CONFIRMATION HEARING

 CONFIRMED ORD/SIGNED
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.